UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVELYN HOWELL MASSEY,<br><br>            Plaintiff,<br><br>               v.<br><br>BIOLA UNIVERSITY, INC., and DOES 1 to 10, Inclusive,<br><br>            Defendants. | Case No. 2:19-cv-09626-CJC (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 29, "FAC") filed by Plaintiff Evelyn Howell Massey ("Plaintiff"), the Motion to Dismiss the FAC (Dkt. 32, "Motion to Dismiss") and the Motion to Strike Portions of the FAC (Dkt. 33, "Motion to Strike") (collectively, "Motions") filed by Defendant Biola University, Inc. ("Defendant"), Plaintiff's Opposition to the Motions (Dkt. 36), Defendant's Replies in support of the Motions (Dkt. 43, 44), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 46). No party has filed any written objections to the report. The Report and Recommendation is therefore approved and accepted.

IT IS HEREBY ORDERED that:

1. The Motion to Dismiss (Dkt. 32) is GRANTED with 30 days' leave to amend as set forth below;
2. The Motion to Strike (Dkt. 33) is DENIED as moot;
3. If Plaintiff still desires to pursue this action, she must file a Second Amended Complaint within 30 days from the date of this Order remedying the deficiencies set described in the Report and Recommendation; such Second Amended Complaint must be so-labelled and bear the same case number, must be full and complete in and of itself without reference to any other pleadings, and may not include new defendants or new claims unrelated to the previously asserted claims; and
4. Plaintiff is advised that a failure to file timely a compliant Second Amended Complaint may result in the dismissal of this action for failure to prosecute and failure to comply with a court order under Federal Rule of Civil Procedure 41(b).

If Plaintiff no longer wishes to proceed with this action, she may file a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a), a copy of which has previously been provided.

Dated: May 13, 2020

_____
CORMAC J. CARNEY
United States District Judge

2