UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVELYN HOWELL MASSEY,<br><br>        Plaintiff,<br><br>        v.<br><br>BIOLA UNIVERSITY, INC., et al.,<br><br>        Defendants. | No. 2:19-cv-09626-CJC (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint (Dkt. 48, "SAC") filed by Plaintiff Evelyn Howell Massey ("Plaintiff"), the Motion to Dismiss the SAC (Dkt. 51, "Motion to Dismiss"), the Motion to Strike Portions of the SAC (Dkt. 50, "Motion to Strike"), and the Errata re the Motion to Dismiss (Dkt. 52) filed by Defendant Biola University, Inc. ("Biola"), Plaintiff's Oppositions to the Motions (Dkt. 62, 63), Biola's Reply Briefs in support of the Motions (Dkt. 65, 66), Plaintiff's "Response" (Dkt. 68), the Report and Recommendation of the assigned Magistrate Judge (Dkt. 70, "Report"), the

Objections to the Report filed by Plaintiff (Dkt. 75), and Biola's Response to Plaintiff's Objections to the Report (Dkt. 77).

The Court has engaged in a <u>de novo</u> review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that:

1. The Motion to Dismiss (Dkt. 51) is GRANTED as to all claims without leave to amend;
2. The Motion to Strike (Dkt. 54) is deemed moot in light of the ruling above;
3. Plaintiff's Title IX, Title VI, and First Amendment claims are dismissed with prejudice;
4. Plaintiff's state law claims (Breach of Contract and alleged violations of Cal. Educ. Code § 94367) are dismissed without prejudice to assertion in state court; and
5. Judgment shall be entered dismissing this action accordingly.

Dated: October 20, 2020

_____
CORMAC J. CARNEY
United States District Judge