JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVELYN HOWELL MASSEY, | No. 2:19-cv-09626-CJC (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| BIOLA UNIVERSITY, INC., et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1. Plaintiff shall take nothing by this action;

    2. Plaintiff's Title IX, Title VI, and First Amendment claims asserted in the operative Second Amended Complaint are dismissed with prejudice; and

/ / /

/ / /

/ / /

3. Plaintiff's remaining state law claims (Breach of Contract and alleged violations of Cal. Educ. Code § 94367) are dismissed without prejudice to assertion in state court.

Dated: October 20, 2020

_____
CORMAC J. CARNEY

United States District Judge